IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

RONDEY A. THORNTON,           )
                              )
        Plaintiff,            )
                              )   Case. No. 3:22cv277-RAH
        v.                    )
                              )
OCWEN LOAN SERVICING, LLC,  *et al.*, )
                              )
        Defendants.           )

## ORDER

On October 5, 2022, the Magistrate Judge entered a Recommendation, (Doc. 16), denying the Motions to Dismiss and directing the Plaintiff to file an Amended Complaint.  The Plaintiff filed Objections, (Doc. 17), and an attached Amended Complaint (Doc. 17-1.) After an independent review of the file and upon consideration of the Recommendation and Objections, it is ORDERED that:

1.  The Objections, (Doc. 17), are OVERRULED.

2.  The Recommendation, (Doc. 16), of the Magistrate Judge is ADOPTED.

3.  Alabama's Motion to Dismiss, (Doc. 6), is DENIED.

4.  Thornton's Motion to Dismiss, (Doc. 7), is DENIED as moot.

The Clerk is DIRECTED to file the attachment (Doc. 17-1) as an Amended Complaint. This case is referred to the Magistrate Judge for further proceedings.

DONE, on this the 27th day of January, 2023.

              /s/ R. Austin Huffaker, Jr.
R. AUSTIN HUFFAKER, JR.
UNITED STATES DISTRICT JUDGE