IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| RONDEY A. THORNTON, | ) |
| | ) |
| Plaintiff, | ) |
| | ) Case. No. 3:22cv277-RAH |
| v. | ) |
| | ) |
| OCWEN LOAN SERVICING, LLC, | ) |
| | ) |
| Defendant. | ) |

## ORDER

On June 15, 2023, the Magistrate Judge entered a recommendation (Doc. 27) that

Defendant Ocwen Loan Servicing LLC's Motion to Dismiss be granted.  The Plaintiff

filed Objections.  (Doc. 28.)   After an independent review of the file and upon

consideration of the Recommendation and Objections, it is ORDERED that:

1. The Objections (Doc. 28) are OVERRULED.

2. The Recommendation (Doc. 27),of the Magistrate Judge is ADOPTED.

3. Ocwen Loan Servicing LLC's Motion to Dismiss (Doc. 19) is GRANTED.

4. Plaintiff's First Amended Complaint, (Doc. 17-1), is DISMISSED with prejudice.

DONE, on this the 18th day of July 2023.

R. AUSTIN HUFFAKER, JR.
UNITED STATES DISTRICT JUDGE